UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
AMEZIEL, INC., :
:
: **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiff, :
:
-against- : 20 Civ. 2095 (AKH)
:
:
:
WIESNER PRODUCTS, INC. :
:
Defendant. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The telephonic oral argument scheduled for Tuesday, November 17, 2020 is adjourned until December 3, 2020, at 2:30 p.m. The argument will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than December 1, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    November 16, 2020       _____/s/ Alvin K. Hellerstein_____
            New York, New York         ALVIN K. HELLERSTEIN
                                      United States District Judge