

Jonathan D. Ball, Ph.D.
Tel 212.801.2223
Fax 212.805.9303
ballj@gtlaw.com

**VIA ECF**

March 10, 2021

Honorable Alvin K. Hellerstein
District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:    *Ameziel, Inc. v. Wiesner Products, Inc.*, Case No. 20-cv-02095 (AKH)

Pursuant to Local Rules 7.1(d) and 5.2(b), and Your Honor's Individual Rule 1(D), Plaintiff Ameziel, Inc. hereby submits this request for a two-week extension of time to respond to Defendant's motion to dismiss.

(i)     The current deadline for Plaintiff to respond to Defendant's motion to dismiss is March 12, 2021;

(ii)    Defendant has not responded to or otherwise taken a position on this request;

(iii)   Plaintiff has not requested an extension of this deadline previously; and

(iv)    There are no other pending deadlines or dates to modify because of this extension request.

The Federal Rules of Civil Procedure provide that the Court may, for good cause, extend the time by which a party's response is due before its original time or extensions thereof expire. Fed. R. Civ. P. 6(b)(1)(A). Plaintiff requests a modest, two-week extension of time to respond to Defendant's motion. This request has been filed in good faith and is not interposed for purposes of delay. The parties will not be prejudiced by the requested extension.

Respectfully submitted,

*/s/ Jonathan D. Ball*

**Greenberg Traurig, LLP | Attorneys at Law**

MetLife Building | 200 Park Avenue | New York, New York 10166 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ᴼGreenberg Traurig Santa Maria; ᵒᵒGreenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ᴿGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

Honorable Alvin K. Hellerstein
March 10, 2021
Page 2

Jonathan D. Ball
Shareholder

JDB:gs