UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
AMEZIEL, INC.,

      Plaintiff/Counterclaim-Defendant,

      v.

WIESNER PRODUCTS, INC.,

      Defendant/Counterclaim-Plaintiff.
------------------------------------------------------------ x

Case No: 1:20-cv-02095-AKH

Hon. Alvin K. Hellerstein

### JOINT STIPULATION OF DISMISSAL

The parties to this action having settled their dispute and it is hereby stipulated and agreed by and between the parties to this action, represented by their attorneys, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the action, including all claims and counterclaims, is hereby dismissed with prejudice;

2. The pending motion shall be deemed moot or withdrawn; and

3. Each party is to bear its own costs and expenses and attorney fees.

So agreed and stipulated.

Dated: June 10, 2021

_____
Jonathan D. Ball
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Telephone: (202) 801-9200

*Attorneys for Plaintiff/Counterclaim-Defendant Ameziel, Inc.*

_____
Robert M. Isackson (RI 4304)
Lori L. Cooper (LC 1016)
LEASON ELLIS LLP
One Barker Avenue
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
Email: isackson@leasonellis.com

*Attorneys for Defendant/Counterclaim-Plaintiff Wiesner Products, Inc.*

So Ordered:


_____
                U.S.D.J.

Dated: New York, New York
          _____, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL, was served upon all counsel of record by operation of the Court's electronic filing system.

Robert M. Isackson